IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | No. 4-16-00542 |
| DUNLAP STREET, LLC, : | |
|     Debtor-in-Possession : | |
| : | Chapter 11 |
| DUNLAP STREET, LLC, a/k/a DUNLAP : | |
| ST., LLC, : | |
|     Plaintiff : | |
|     VS. : | |
| : | Adv. No. 4-17-00155 |
| CENTRE COUNTY TAX CLAIM BUREAU, : | |
| KISHACOQUILLAS VALLEY NATIONAL : | |
| BANK, UNITED STATES SMALL : | |
| BUSINESS ADMINISTRATION, SEDA-COG, : | |
| UNITED STATES DEPARTMENT OF THE : | |
| TREASURY, PENNSYLVANIA DEPARTMENT : | |
| OF REVENUE, PENNSYLVANIA : | |
| DEPARTMENT OF LABOR AND INDUSTRY, : | |
| BOROUGH OF BELLEFONTE, BELLEFONTE : | |
| AREA SCHOOL DISTRICT, and COUNTY : | |
| OF CENTRE, : | |
|     Defendants : | |

And

| | |
|---|---|
| IN RE: : | |
| : | No. 4-16-00543 |
| KDP BELLEFONTE, INC., : | |
|     Debtor-in-Possession : | |
| : | Chapter 11 |
| KDP BELLEFONTE, INC., : | |
|     Plaintiff : | |
|     VS. : | |
| : | Adv. No. 4-17-00156 |
| CENTRE COUNTY TAX CLAIM BUREAU, : | |
| KISHACOQUILLAS VALLEY NATIONAL : | |
| BANK, UNITED STATES SMALL : | |
| BUSINESS ADMINISTRATION, SEDA-COG, : | |
| UNITED STATES DEPARTMENT OF THE : | |
| TREASURY, PENNSYLVANIA DEPARTMENT : | |
| OF REVENUE, PENNSYLVANIA : | |
| DEPARTMENT OF LABOR AND INDUSTRY, : | |
| BOROUGH OF BELLEFONTE, BELLEFONTE : | |
| AREA SCHOOL DISTRICT, and COUNTY : | |
| OF CENTRE, : | |
|     Defendants : | |

CERTIFICATE OF SERVICE OF SUMMONS AND COMPLAINT
TO SELL PROPERTY OF THE ESTATE
FREE AND CLEAR OF ALL LIENS AND ENCUMBRANCES
AND EXEMPT FROM PENNSYLVANIA REALTY TRANSFER TAX

I hereby certify that I am this day serving the foregoing document upon the person(s) and in the manner indicated below:

Service by First-Class Mail Addressed as Follows:

Anne Fiorenza, Esquire
228 Walnut St., Ste. 1190
Harrisburg, PA 17101
Assistant U.S. Trustee

Christopher Michelone, Esquire
601 Hawthorne Drive, Ste. 2A
Hollidaysburg, PA 16648
Attorney for Kishacoquillas Valley
    National Bank

CENTRE COUNTY
TAX CLAIM BUREAU
420 HOLMES ST.
BELLEFONTE, PA 16823

Office of the U.S. Attorney
Attn: Civil Process Clerk
P.O. Box 11754
Harrisburg, PA 17108

SMALL BUSINESS ADMIN.
2120 RIVERFRONT DR.
STE. 100
LITTLE ROCK, AR 72202

ROBERT WELCH, ESQUIRE
55 PLEASANT ST.
STE. 3101
CONCORD, NH 03301

SEDA-COG
201 FURNACE RD.
LEWISBURG, PA 17837

KAREN L. HACKMAN, ESQUIRE
1372 N. SUSQUEHANNA TRAIL
STE. 130
SELINSGROVE, PA 17870

PA. Dept. of Labor & Industry
Office of Chief Counsel
651 Boas Street
Harrisburg, PA 17121

PA. Dept. of Revenue
Office of Chief Counsel
333 Market Street
Harrisburg, PA 17101

U.S. Dept. of the Treasury
Internal Revenue Service
Post Office Box 7346
Philadelphia, PA 19101

County of Centre
Attn: Finance Director
420 Holmes Street
Bellefonte, PA 16823

Borough of Bellefonte
Attn: Finance Director
236 W. Lamb St.
Bellefonte, PA 16801

Bellefonte Area School Dist.
Attn: Finance Director
318 N. Allegheny St.
Bellefonte, PA 16823

Gary Werkheiser
Shauna McClure
341 Toftrees Avenue
Apt. 314
State College, PA 16803

DATED this _12th_____ day of _September_____, A.D., 20_17_.

                                                  _/s/ Donald M. Hahn_____